```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
                     WAYCROSS DIVISION

UNITED STATES OF AMERICA      )
                              )
         v.                   )    CASE NO.
                              )    5:21-CR-009-LGW-BWC-16
JUAN FRANCISCO ALVAREZ CAMPOS )
```

### MOTION TO SUPPRESS BECAUSE WARRANT NOT SUPPORTED BY PROBABLE CAUSE

Comes now Defendant Juan Francisco Alvarez Campos, by and through undersigned counsel, and hereby files this Motion To Suppress. Mr. Campos is simultaneously filing a Motion To Dismiss which demonstrates that there was no evidence presented to the Grand Jury that he committed any crime. That Grand Jury "evidence" was that he was an "illegal alien" (he is not) was an "associate" of other Defendants, and that he in some undescribed manner "supervised" farm workers. This exact same terse description is what the United States presented when claiming it possessed probable cause to search Mr. Campos's residence, vehicles, and phone. Case No. 4:19-MJ-00067-BWC, doc. 170-1. (filed 11-18-21). No probable cause supported that search, and everything seized should therefore be suppressed.

The Court is aware of the master search warrant application submitted by the prosecution to supposedly justify searches that were conducted when the Defendants in this matter were arrested.

One of the locations was 663 Kermit Mann Road, Lot 4, Lyons, Georgia 30436, where Mr. Campos was located and where his vehicle, phone and vehicle were found.

Paragraph 46 of the warrant application is the only place where the United States presented any information pertaining to Mr. Campos. Paragraph 46 was a "cut and paste" by which a single paragraph from the indictment was inserted into the warrant application. This insertion simply did not provide probable cause to support searching the property of Mr. Campos.

Paragraph 46 alleges that Mr. Campos is an illegal alien,[1] that he "supervised foreign workers who entered the United States under the H-2A visa program", and that he was an "associate" of the "Rojas family and Defendant Brett Donavan Bussey." A search warrant for Mr. Campos's residence and property was issued based on this information. However, that warrant was not supported by probable cause and was therefore issued in violation of the Fourth Amendment.

The Government will likely fall back on the "good faith" excuse. That tactic should be rejected. No reasonable official could conclude that this terse description of Mr. Campos would

---

[1] The Government did not allege any crime committed pertaining to Defendant's immigration status. If this matter proceeds to trial Mr. Campos will demonstrate he is not "illegal".

2

authorize this search.  In the language of <u>United States v. Leon</u>, 468 U.S. 897(1984), the warrant was based on an affidavit so lacking in indica of probable cause so as to render official belief in its existence entirely unreasonable.

This search violated Mr. Campos's Fourth Amendment rights. The search was therefore unreasonable.  All evidence obtained from this search should therefore be suppressed.

Dated: This 15th day of December 2023.

                                      Respectfully submitted,

                                      */s/ Paul S. Kish*
                                      PAUL S. KISH
                                      Georgia State Bar No. 424277
                                      Attorney for JUAN ALVAREZ CAMPOS

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 15th day of December 2023.

/s/ Paul S. Kish
PAUL S. KISH
Georgia State Bar No. 424277
Attorney for JUAN ALVAREZ CAMPOS

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com